IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL C. WARNKEN and
ALL CALIFORNIANS SIMILARLY
SITUATED,

    Plaintiffs,  No. CIV S-08-2891 LKK EFB PS

    vs.

ARNOLD SCHWARZENEGGER,
Governor of California;
DEBRA BOWEN, Secretary of State;
JERRY BROWN, Attorney General;
THE CALIFORNIA ASSEMBLY, and
ONE TO UNKNOWN DOE     ORDER
ASSISTANTS,

    Defendants.
_____/

    This action, in which plaintiff is proceeding *in propria persona*, was referred to the undersigned under Local Rule 72-302(c)(21), pursuant to 28 U.S.C. § 636(b)(1). Currently pending are the January 21 and March 2, 2009, petitions of *On Second Thought TV* seeking leave to videotape court proceedings in the instant case.

    The requests are denied. *See* Administrative Office of the U.S. Courts, *Guide to Judiciary Policies and Procedures*, Vol. 1, Ch. 3, Part E.3; *see also* E.D. Cal. L. R. 83-173.

    SO ORDERED.

DATED: March 16, 2009.

                                               EDMUND F. BRENNAN
                                              UNITED STATES MAGISTRATE JUDGE