1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   MICHAEL C. WARNKEN and
10 ALL CALIFORNIANS SIMILARLY
   SITUATED,
11
                                    NO. CIV. S-08-2891 LKK/EFB
12          Plaintiffs,

13     v.
                                    O R D E R
14 ARNOLD SCHWARZENEGGER,
   Governor of California;
15 DEBRA BOWEN, Secretary of
   State; JERRY BROWN, Attorney
16 General; THE CALIFORNIA
   ASSEMBLY, and ONE TO
17 UNKNOWN DOE ASSISTANTS,

18          Defendants.

19 _____/

20      Plaintiff appears pro se seeking relief pursuant to 42 U.S.C.

21 § 1983. In accordance with the local rules, this action has been

22 assigned to the magistrate judge. On February 25, 2009, the

23 magistrate judge denied plaintiff's request to electronically file

24 documents. On March 9, 2009, the plaintiff filed "Objections" to

25 this order, which the court construes as a motion for

26 ////

                                    1

1  reconsideration.[1]

2      Pursuant to Eastern District of California Local Rule 72-
3  303(f) and 28 U.S.C. § 636(b)(1)(A), a magistrate judge's order
4  shall be upheld unless "clearly erroneous or contrary to law." Upon
5  review of the entire file, the court finds that it does not appear
6  that the magistrate judge's ruling was clearly erroneous or
7  contrary to law.

8      Accordingly, it is ordered that plaintiff's objections,
9  construed as a motion for reconsideration, (Doc. No. 40) is DENIED.

10     IT IS SO ORDERED.

11     DATED:  April 3, 2009.

12

13

14     LAWRENCE K. KARLTON
       SENIOR JUDGE
15     UNITED STATES DISTRICT COURT

16

17

18

19

20

21

22

23

---

24     [1]Per Local Rule 72-302(c)(21), the magistrate judge may
resolve all dispositive and non-dispositive matters in cases in
which all plaintiffs or all defendants are proceeding *in propria*
25  *persona*. This court reviews the magistrate judge's decisions in
such cases through a motion for reconsideration. Local Rule 72-
26  303(c).