IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL C. WARNKEN and
ALL CALIFORNIANS SIMILARLY
SITUATED,

      Plaintiff,

vs.

ARNOLD SCHWARZENEGGER,
Governor of California; DEBRA BOWEN,
Secretary of State; JERRY BROWN,
Attorney General; THE CALIFORNIA
ASSEMBLY, and ONE TO UNKNOWN
DOE ASSISTANTS,

      Defendants.
_____/

No. CIV. S-08-2891 LKK EFB PS

ORDER

On December 8, 2009, Magistrate Judge Brennan issued Findings and Recommendations that this court grant defendants' motions to dismiss without leave to amend. On December 23, 2009, plaintiff filed objections to the Findings and Recommendations. Pursuant to 28 U.S.C. § 636(b)(1), this court shall make a de novo determination of those portions of the Findings and Recommendations to which objection is made and of all conclusions of law.

On January 19, 2010, plaintiff filed a request for oral argument concerning this de novo review of the Findings and Recommendations. The court does not find oral argument necessary

////

1

in this matter. Accordingly, plaintiff's request for oral argument is DENIED.

IT IS SO ORDERED.

DATED: February 24, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT